VITA RIVERA v. NATIONAL RETAIL TRANSPORTATION CO.

March 21, 1988.

Petition for certification denied.

JAMES PASS v. ERWIN I. ROGOFF.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE C. RILEY.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD DOCK,
A/K/A DOUBLE D.

March 21, 1988.

Petition for certification denied.